**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **APPCLOSE, INC.,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | No.  1:26-CV-00313-ADA |
| | § | |
| **OURFAMILYWIZARD, LLC,** | § | |
| *Defendant* | § | |

**ORDER**

Before the Court are four motions: (1) Plaintiff AppClose, Inc.'s Motion for Expedited Discovery, Dkt. 15 (corrected motion at Dkt. 36); (2) Defendant OurFamilyWizard, LLC (OFW)'s Opposed Motion for Protection from Plaintiff's Discovery Requests, Dkt. 17; (3) Plaintiff AppClose, Inc.'s Opposed Ex Parte Application to Extend Deadline to Complete Venue Discovery, Dkt. 38; and (4) Defendant OFW's Motion to Stay Merits-Based Discovery and Pretrial Deadlines Pending Resolution of Motion to Transfer Venue, Dkt. 41. The Court set the motions for hearing, Dkt. 42, and after considering the parties' filings, the applicable law, and the arguments made at the hearing, announced its ruling, and the reasons for that ruling, on the record. This written order memorializes that oral ruling.

For the reasons stated on the record, the Court rules as follows:

Plaintiff AppClose, Inc.'s Motion for Expedited Discovery, Dkt. 15 (corrected motion at Dkt. 36): The Court **GRANTS IN PART and DENIES IN PART** AppClose's motion. In particular, the Court **GRANTS** the motion as to Requests for Production 1, 3, 6, 9, 10, 12, and 14; Interrogatories 3, 4, 6, 7, 13, and 17; and Requests

1

for Admission 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 15, 19, and 30. The Court **ORDERS** OFW to produce all responsive documents and interrogatory responses within 30 days of this order. The Court **FURTHER ORDERS** that the relevant time period for production is June 1, 2024, through the present. The Court **DENIES** the motion in all other respects.

Defendant OurFamilyWizard, LLC (OFW)'s Opposed Motion for Protection from Plaintiff's Discovery Requests, Dkt. 17: The Court **GRANTS IN PART and DENIES IN PART** OFW's motion, consistent with the Court's ruling on AppClose's motion for venue discovery (addressed below).

Plaintiff AppClose, Inc.'s Opposed Ex Parte Application to Extend Deadline to Complete Venue Discovery, Dkt. 38: The Court **GRANTS IN PART and DENIES IN PART** AppClose's motion. In particular, the Court **GRANTS** the motion as to the limited scope set out in the parties' Joint Advisory at p. 7. *See* Dkt. 49, at 7. The Court **ORDERS** OFW to produce all responsive documents within 21 days of this order. The Court **FURTHER ORDERS** that AppClose must complete any remaining 30(b)(6) deposition time within this same 21-day period. The Court **FURTHER ORDERS** that AppClose's response to OFW's Motion to Transfer Venue, Dkt. 6, is due 14 days after the expiration of this 21-day period. OFW's reply, if any, will be due 7 days after AppClose serves its response.

Defendant OFW's Motion to Stay Merits-Based Discovery and Pretrial Deadlines Pending Resolution of Motion to Transfer Venue, Dkt. 41: The Court **GRANTS IN PART and DENIES IN PART** OFW's motion. The Court **DENIES**

the motion to the extent the Court has ordered discovery here and **GRANTS** the motion in all other respects.

SIGNED May 14, 2026.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE